RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Lorenzo Antonio Teran

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LORENZO ANTONIO TERAN,<br><br>    Defendant. | Case No. 2:23-cr-00179-RFB-NJK-2<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and David C. Kiebler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Lorenzo Antonio Teran, that the Sentencing Hearing currently scheduled on November 19, 2024, at 10:45 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than February 2025.

The Stipulation is entered into for the following reasons:

1.  Mr. Teran recently met with probation for his interview. Additional time is needed for him to sign releases and for probation to request mitigation documentation for the presentence investigation report.

2. Additionally, defense counsel will be on family leave from November until approximately the end of January.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 30th day of September 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ David C. Kiebler*<br>By_____<br>DAVID C. KIEBLER<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LORENZO ANTONIO TERAN,<br><br>　　　　Defendant. | Case No. 2:23-cr-00179-RFB-NJK-2<br><br>**ORDER** |

　　Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, November 19, 2024, at 10:45 a.m., be vacated and continued to February 20, 2025 at 9:15 a.m.

　　DATED this 15th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE